PROB 12A
(Revised 05/2011)

# United States District Court
для
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Barry McKnight</u>  Case Number: <u>3:07-00045</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert L. Echols, U.S. District Judge</u>

Date of Original Sentence: <u>November 28, 2008</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>110 month's custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>January 16, 2015</u>

Assistant U.S. Attorney: <u>To be assigned</u>  Defense Attorney: <u>Ronald C. Small</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 14 day of Sept., 2015, and made a part of the records in the above case.

_____
U.S. District Judge CAMPBELL

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
James Foster
U.S. Probation Officer

Place  Nashville, Tennessee

Date  September 10, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state or local crime.** |

On July 6, 2015, at approximately 8:57 p.m., Mr. McKnight was charged with Driving with License Suspended (TCA 55-50-504; a Class B misdemeanor).

The following information is based upon a Misdemeanor Citation (Complaint No. 2015-0642474) prepared for the Davidson County General Sessions Court. On the aforementioned date and time, officers of the Metro Nashville Police Department observed Mr. McKnight driving at a high rate of speed in a residential neighborhood of the Rolling Mill Hill area of Nashville, Tennessee, where he almost collided with another vehicle. Also observing that Mr. McKnight's vehicle tag light was not operational, the officers conducted a traffic stop. A record check revealed that the offender's license was suspended and he was cited as noted above. He is next scheduled to appear in court on November 18, 2015.

According to a representative of Davidson County General Sessions Court, Mr. McKnight has the option of completing a driver safety class in lieu of spending two days in jail. The offender reports that he plans to attend the driver safety class and begin making payments toward outstanding traffic fines totaling approximately $1,500, in order that his license may eventually be reinstated.

### Compliance with Supervision Conditions and Prior Interventions:

Barry McKnight began supervision in the Middle District of Tennessee on January 16, 2015, and is scheduled to terminate supervision on January 15, 2018. He currently resides in Nashville, Tennessee, with his girlfriend (Stacy Maulphins) and their daughter. Mr. McKnight is currently employed at a restaurant and catering service in Goodletsville, Tennessee.

Upon initiating his supervision Mr. McKnight was referred to Centerstone Mental Health, in Madison, Tennessee, were he currently receives substance abuse treatment. He has been diagnosed as suffering from a Depressive Disorder, as well as and Cocaine and Canabis Abuse Disorders (both in remission). While under supervision, Mr. McKnight has participated in a random drug testing program and has consistently tested negative for the presence of any illicit substances.

### U.S. Probation Officer Recommendation:

The probation officer is recommending that Mr. McKnight be continued on supervision with no further action taken at this time, pending the disposition of his current charges. Any further noncompliance, or conviction on the offender's pending charge, will be reported to the Court. The office of the U.S. Attorney has been advised of these matters and is in agreement with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer